66 A.3d 740

COMMONWEALTH of Pennsylvania, Respondent

v.

Malik ROBERTSON, Petitioner.

No. 206 EM 2012.

Supreme Court of Pennsylvania.

March 20, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of March, 2013, the Petition for Review is **DENIED.**